Form USA-40-19-6
(Rev. 06/95)

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FEB 11 2011

JAMES N. HATTEN, Clerk
By: ___
Deputy Clerk

UNITED STATES OF AMERICA

v.

CHRISTOPHER TAYLOR

: CRIMINAL ACTION
:
: NO. 1:10-CR-097-JEC-LTW
:

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ( X ) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known) CHRISTOPHER TAYLOR- 1103749

2. Detained by Fulton County Sheriff's Department, Atlanta, Georgia

3. Detainee is ( X ) charged in this district by ( X ) Indictment ( ) Information ( ) Complaint with, OR ( ) was convicted in this district of, violating Title _, U.S.C. § _, OR ( ) is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary in the United States Courthouse for the Northern District of Georgia, for ( X ) arraignment ( ) plea ( ) trial ( ) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding ( ) other purpose(s), specifically .

_____
Nicholas A. Oldham
Assistant United States Attorney

### WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum   ( ) Ad Testificandum   ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: 2/11, 2011

_____
Gerrilyn G. Brill
United States Magistrate Judge

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 11 2011
James N. Hatten, Clerk